UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>KA CHAN, et al.,<br><br>        Defendants. | Case No. 3:18-cv-07738-WHO<br><br>**ORDER ON DEFENDANTS' REQUEST FOR AN EXTENSION TO FILE OPPOSITION**<br><br>Re: Dkt. No. 31 |

On December 27, 2018, plaintiff Samuel Love filed this action alleging violations of the Americans with Disabilities Act and the California Unruh Civil Rights Act. On April 17, 2019, the Clerk entered default against defendants Ka Chan and Vicky Y. Wu, who failed to answer the complaint despite being served on March 4, 2019. Dkt. No. 8-9, 12. On June 13, Love filed a motion for default judgment, and on July 1, Magistrate Judge Thomas S. Hixson issued a report and recommendation that the motion be granted and judgment be entered against Chan and Wu. Dkt. Nos. 16, 23. He ordered that Love serve the Report and Recommendation on Chan and Wu and then file proof of service.

The case was thereafter reassigned to me. To date, Love has not filed a proof of service of the Report and Recommendation. On July 19, the Clerk scheduled a case management conference (CMC) so that I could learn the status of this case. Love was required to serve the notice on the defendants, which he did over a month later. *See* Dkt. Nos. 24, 25. Love then requested that the CMC be continued given his delay in serving the notice on Chan and Wu. Dkt. No. 26. A CMC is now scheduled for October 1, 2019. Dkt. No. 27.

On September 3, 2019, Love filed another motion for default judgment, which is set for hearing on October 9, 2019. Dkt. No. 28. On September 16, 2019, Chan and Wu, who are

proceeding pro se, filed an administrative motion to change the deadline for filing their opposition. Dkt. No. 31. The motion indicates that they learned of the second motion for default judgment at a Justice and Diversity Center appointment on September 10 but that they had not received "anything regarding it" as of September 12, although Love's proof of service indicates that the motion was mailed to them on September 3. *See* Dkt. No. 28-14. Chan and Wu request that the deadline be moved from September 17 to October 8.

This case has now been languishing for more than nine months, due to both Chan and Wu's failure to appear and to Love's failure to serve documents timely—or, in the case of the Report and Recommendation, at all. The parties shall comply with the following schedule:

- The deadline for Chan and Wu to oppose Love's motion is **September 25, 2019**.
- Love may reply no later than **October 2, 2019**.
- The hearing on the motion for default judgment remains set for **October 9, 2019 at 2:00 PM**.
- The CMC remains set for **October 1, 2019 at 2:00 PM**. The parties shall file a joint statement by **September 24, 2019**.
- Both the hearing and the CMC shall take place in Courtroom 02, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: September 18, 2019

William H. Orrick
United States District Judge